# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Marty R. Russell and** | : | Case No. 16-70572-JAD |
| **Mandy J. Russell,** | : | |
| | : | Chapter 13 |
| Debtors | : | |

***

| | | |
|---|---|---|
| **Marty R. Russell and** | : | |
| **Mandy J. Russell,** | : | |
| | : | Related to Docket No. 35 |
| Movants | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | March 8, 2017 at 10:00 AM |
| **Ronda J. Winnecour, Esquire /** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| Respondent | : | |
| | : | |

***

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO APPROVE FINANCING FOR AUTOMOBILE FILED AT DOCKET NO. 35

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Financing for Automobile filed on February 2, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 21, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 22, 2017                                    By: /s/ Lawrence Willis Esquire
                                                                                Lawrence W Willis, Esquire
                                                                                PA I.D. # 85299
                                                                                Willis & Associates
                                                                                201 Penn Center Blvd
                                                                                Pittsburgh, PA 15235
                                                                                Tel: 412.825.5170
                                                                                Fax: 412.823.2375
                                                                                lawrencew@urfreshstrt.com
                                                                                Attorney for Debtors