# IN THE UNTED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Marty R. Russell and | : | Case No. 16-70572-JAD |
| Mandy J. Russell, | : | |
| | : | Chapter 13 |
| **Debtors** | : | |

*************************************************************************

| | | |
|---|---|---|
| Marty R. Russll and | : | |
| Mandy J. Russell, | : | |
| | : | Related to Docket No. 39 |
| **Movants** | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| **Respondent** | : | |
| | : | |

*************************************************************************

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm of Willis & Associates, certify that I served or caused to be served, a copy of the Order Dated February 23, 2017 upon each of the following persons and parties in interest at the addresses shown below:

Respectfully submitted,

Dated: February 24, 2017

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com
Attorney for Debtors

# MATRIX

RONDA J. WINNECOUR, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
3250 SUITE USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Marty & Mandy Russell
117 Garrett Road
New Paris, PA 15554

American InfoSource
PO Box 248838
Oklahoma City, OK 73124-8838

At&t
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2694

Federal National Mortgage Association
P.O. Box 650043
Dallas, TX 75265-0043

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

M&T Bank
PO BOX 1508
Buffalo, NY 14240-1508

Penelec
331 Newman Springs Rd., Bldg. 3
Red Bank, NJ 07701-5688

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SETERUS

14523 SW MILLIKAN WAY STE 200
Beaverton, OR 97005-2352

The United Telephone Company of Pennsyl
CenturyLink Bankruptcy
359 Bert Kouns
Shreveport, LA 71106-8124