IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Case No. 16-70572-JAD |
| Marty R. Russell and | : |
| Mandy J. Russell, | : |
|     Debtors | : Chapter 13 |
| | : |
| Marty R. Russell, | : |
|     Movant | : |
| | : |
| vs. | : |
| | : |
| New Enterprise Stone & Lime | : Related to Docket No. 42 |
| PO Box 77 | : |
| New Enterprise, PA 16664 | : |
| Attention: Payroll Administrator, | : |
|     Respondent | : |
| | : |
| and | : Filed Under Local Bankruptcy |
| | : Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire, | : |
| Chapter 13 Trustee, | : |
|     Additional Respondent | : |
| | : |
| Social Security No. xxx-xx-8927. | : |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s), having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    New Enterprise Stone & Lime
    PO Box 77
    New Enterprise, PA 16664
    Attention: Payroll Administrator

shall deduct from said income the sum of Five Hundred Thirty Seven Dollars and Fifty Cents ($537.50) Semi-Monthly (each pay period). beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQ.
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Lawrence W Willis, Esquire, Willis & Associates, 201 Penn Center Boulevard, Suite 400, Pittsburgh, PA 15235, (412) 825-5170, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FUTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this <u>10th</u> day of <u>March</u>, 2017.

Chief United States Bankruptcy Judge
Jeffery A. Deller

FILED
3/10/17 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cm: Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70572-JAD
Marty R Russell                                                           Chapter 13
Mandy J Russell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 1    Date Rcvd: Mar 10, 2017
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
db/jdb          +Marty R Russell,   Mandy J Russell,   117 Garrett Rd,   New Paris, PA 15554-7949
                +New Enterprise Stone & Lime,   Attn: Payroll Administrator,   P.O. Box 77,
                  New Enterprise, PA 16664-0077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
         bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Marty R Russell help@urfreshstrt.com,
         urfreshstrt@gmail.com
        Lawrence W. Willis    on behalf of Joint Debtor Mandy J Russell help@urfreshstrt.com,
         urfreshstrt@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                     TOTAL: 5