## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-70572-JAD |
|    Marty R Russell | : | |
|    Mandy J Russell | : | Chapter 13 |
|      Debtors | : | |
| | : | Document No 49 |
|    Marty R Russell | : | |
|    Mandy J Russell | : | |
|      Movant | : | |
| | : | |

**North State Acceptance**

**Ronda J. Winnecour, Trustee**
**Respondents**

### REPORT OF PURCHASE

Now comes the Debtors, Marty R Russell, Mandy J Russell, by and through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C. on 08/10/2016    .

2. On 02/02/2017, the Debtors filed a Motion to Obtain Financing for the Purchase of a Vehicle.

3. This Court entered an Order dated 02/22/2017, granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle.

4. The Order directed that a Report of Purchase was to be filed within forty-five (45) days.

5. Debtors have purchased a 2010 Mercury Milan Hybrid with a total balance due of $7,343.60.

6. The auto was financed with North State Acceptance, 4727 Route 30 #203, Greensburg, PA 15601. for a term of 45 months with a monthly payment of $239.46】

7. The debtors has filed an amended plan to reflect purchase and surrender of previous auto.

Dated: <u>May 4, 2017</u>           <u>By. Lawrence W Willis Esq</u>
Lawrence W. Willis Esquire
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 400
Pittsburgh, PA 15235
412-825-5170
Email: help@urfreshstrt.com