**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Marty R Russell** | : | Case No. 16−70572−JAD |
| **Mandy J Russell** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 50 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***3rd day of October, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

   (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Marty R Russell
Mandy J Russell
    Debtors

Case No. 16-70572-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dbas     Page 1 of 2     Date Rcvd: Oct 03, 2017
                                Form ID: 309     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db/jdb         +Marty R Russell,    Mandy J Russell,    117 Garrett Rd,    New Paris, PA 15554-7949
14272425       +At&t,   One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14272426       +Federal National Mortgage Association,    P.O. Box 650043,    Dallas, TX 75265-0043
14324482       +M & T BANK (2),    PO BOX 1508,    BUFFALO, NY 14240-1508
14272428       +M&T Bank,    PO BOX 1508,    Buffalo, NY 14240-1508
14272429      #+Penelec,   331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
14330816       +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14361847       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14272431       +SETERUS,    14523 SW MILLIKAN WAY STE 200,    Beaverton, OR 97005-2352
14272432       +The United Telephone Company of Pennsyl,    CenturyLink Bankruptcy,    359 Bert Kouns,
                 Shreveport, LA 71106-8124
14363796        UPMC Community Medicine,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Oct 04 2017 01:28:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14272424       +EDI: AIS.COM Oct 04 2017 01:28:00     American InfoSource,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
14272427       +EDI: IRS.COM Oct 04 2017 01:28:00     Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14272430        EDI: PRA.COM Oct 04 2017 01:28:00     Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541
14277860        EDI: RECOVERYCORP.COM Oct 04 2017 01:28:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                                TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
14366016*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           bkgroup@kmllawgroup.com
         Lawrence W. Willis    on behalf of Debtor Marty R Russell help@urfreshstrt.com,
           urfreshstrt@gmail.com
         Lawrence W. Willis    on behalf of Joint Debtor Mandy J Russell help@urfreshstrt.com,
           urfreshstrt@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-7          User: dbas              Page 2 of 2            Date Rcvd: Oct 03, 2017
                              Form ID: 309            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                                                                                            TOTAL: 5