**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARTY R RUSSELL<br>MANDY J RUSSELL<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:16-70572 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/10/2016 and confirmed on 11/29/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,923.73 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,923.73 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,408.22 | |
|     Trustee Fee | 131.55 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,539.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 1062 | 0.00 | 1,383.96 | 0.00 | 1,383.96 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 1062 | 28,086.25 | 0.00 | 0.00 | 0.00 |
| NORTH STATE ACCEPTANCE<br>    Acct: | 7,343.60 | 0.00 | 0.00 | 0.00 |
| | | | | 1,383.96 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTY R RUSSELL<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>    Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| LAWRENCE W WILLIS ESQ<br>    Acct: | 3,000.00 | 1,408.22 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>    Acct: 1062 | 1,175.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | \*\*\*NONE\*\*\* | | | |
| Unsecured | | | | | |
| | AAS DEBT RECOVERY INC/AMERICAN AD<br>Acct: 1183 | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | AT & T MOBILITY II LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BARCLAYS BANK DELAWARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE(*)<br>Acct: 0061 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHASE++<br>Acct: 6464 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITIFINANCIAL INC (NON-RE*)<br>Acct: 4830 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK++<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | FEDERAL NATIONAL MORTGAGE ASSN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST COMMONWEALTH BANK*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | HOMETOWN BANK OF PENNSYLVANIA<br>Acct: 1600 | 0.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 8927 | 0.00 | 0.00 | 0.00 | 0.00 |
| | M & T BANK<br>Acct: 9562 | 3,676.77 | 0.00 | 0.00 | 0.00 |
| | PENELEC/FIRST ENERGY**<br>Acct: 9041 | 9,438.48 | 0.00 | 0.00 | 0.00 |
| | PINNACLE CREDIT SERVICES LLC - ASSIG<br>Acct: 0001 | 1,797.84 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SETERUS INC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 1445 | 732.85 | 0.00 | 0.00 | 0.00 |
| | UNITED TELEPHONE CO OF PA**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | VANCE AND HUFFMAN LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PINNACLE CREDIT SERVICES LLC - ASSIG<br>Acct: 0001 | 2,020.39 | 0.00 | 0.00 | 0.00 |
| | UPMC COMMUNITY MEDICINE<br>Acct: 8927 | 131.12 | 0.00 | 0.00 | 0.00 |
| | HSBC BANK++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WINDBER MEDICAL CNTR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                     1,383.96

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,175.00 |
| SECURED | 35,429.85 |
| UNSECURED | 17.797.45 |

Date: 11/20/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com